NOT RECOMMENDED FOR FULL-TEXT PUBLICATION
File Name: 13a0847n.06

No. 13-1145

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**

Sep 26, 2013

DEBORAH S. HUNT, Clerk

ANDREWS ACHEAMPONG,

    Plaintiff-Appellant,

v.

BANK OF NEW YORK MELLON, Bank of New
York as Trustee for the Certificate Holders of
CWABS, Inc. Asset-Backed Certificates 2006-6;
BANK OF AMERICA, N.A.; MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS, INC.,

    Defendants-Appellees.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

ON APPEAL FROM THE
UNITED STATES DISTRICT
COURT FOR THE EASTERN
DISTRICT OF MICHIGAN

BEFORE: ROGERS, GRIFFIN, and DONALD, Circuit Judges.

PER CURIAM. After plaintiff Andrews Acheampong defaulted on his mortgage payments, defendant Bank of New York Mellon ("BNYM"), which held an interest in the mortgage, foreclosed on plaintiff's property. Plaintiff brought this action in Michigan state court to invalidate the foreclosure, and defendants removed the case to federal district court. Plaintiff alleged that BNYM lacked standing to foreclose under Michigan law, and that BNYM fraudulently acquired its mortgage interest. Plaintiff also alleged that defendant Bank of America, N.A. ("BANA"), which owned the note secured by the mortgage, denied him a loan modification in violation of Michigan law, and that BANA breached the terms of a trial modification plan it negotiated with plaintiff. Defendants

moved to dismiss plaintiff's claims, and the district court granted the motion in a written opinion. Plaintiff timely appealed.

Having thoroughly reviewed the record, the parties' briefs, and the applicable law, we find no error in the district court's analysis. The reasoning supporting the judgment for defendants was clearly and persuasively articulated by the district court, and accordingly there is no need for a detailed written opinion by this court. Any opinion by us would be duplicative and would serve no jurisprudential purpose. We therefore affirm the district court's judgment for the reasons stated in that court's opinion.

AFFIRMED.